"Guaranty Fund Bank. McGregor, Texas, Aug. 6, 1920. No. ——. First State Bank 88 449: Pay to Jeff Brady, or bearer, $18.65, eighteen and 65/100 dollars. C. A. Morris."

The name of Jeff Brady appears on the back of said instrument.

The instrument, being a check ordinarily used in commercial transactions, would have had the effect to create, increase, or diminish, discharge, or defeat a pecuniary obligation. Cyc. of Law & Procedure, vol. 19, p. 1384; Branch's Ann. Tex. Penal Code, art. 924.

The fact that forgery and uttering a forged instrument are charged in separate counts in the same indictment does not render it duplicitous. Chester v. State, 23 Tex. App. 577, 5 S. W. 125; Barnwell v. State, 1 Tex. App. 745. An inspection of the instrument sufficiently disposes of the claim that it was ambiguous in the particulars mentioned.

We find nothing presented for review which would authorize us to reverse the case, and it is therefore affirmed.

---

### GUMPERT v. STATE.    (No. 6164.)

(Court of Criminal Appeals of Texas. March 16, 1921.)

Criminal law &#x21dd;1101—Judgment affirmed in the absence of statement of facts.

Where there is no statement of facts, and the bills of exceptions relate to criticisms to the court's charge, the merits of which cannot be determined in the absence of a statement of facts, the judgment must be affirmed.

Appeal from District Court, McLennan County; Richard I. Munroe, Judge.

L. W. Gumpert was convicted of forgery, and he appeals. Affirmed.

James E. Yeager, of Waco, for appellant.
C. M. Cureton, Atty. Gen., and C. L. Stone, Asst. Atty. Gen., for the State.

MORROW, P. J. Appellant is convicted of forgery. The case is a companion to No. 6162, 229 S. W. 329.

Appellant is charged with forging a check purporting to be drawn by C. A. Morris. The indictment complies with the law. There is no statement of facts.

Such bills of exceptions as are found in the record relate to criticisms to the court's charge, the merits of which could not be passed upon in the absence of a statement of facts.

The judgment is affirmed.